# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERELUX LTD.<br><br>Plaintiff(s),<br><br>v.<br><br>YUE SHAO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17−cv−02909−MWF−KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 4/20/2017 | 11, 12 | Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**ERROR(S) WITH DOCUMENT:**

Local Rule 83−2.1.3.3(b) Proposed order not attached.

Other:

**Note: In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: April 21, 2017

By: /s/ *Lori Muraoka*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**