**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Cerelux Ltd., PLAINTIFF(S) v. Yue Shao, et al., DEFENDANT(S). | CASE NUMBER CV 17-2909 MWF (KSx) |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 04/20/2017 | 11 and 12 | Applications to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☐ The document is stricken and counsel is ordered to file an amended or corrected document by ____________________ .
- ☐ The hearing date has been rescheduled to ________________ at __________
- ☑ Other

Counsel may file Amended Applications or lodge the Proposed Orders. The Court further notes that the Applications do not comply with Local Rules 5-4.4 and 5-4.5, or Judge Fitzgerald's Procedures and Schedules. The Court will strike the Applications if counsel fails to cure the defects on or before April 25, 2017.

Clerk, U.S. District Court

Dated: April 21, 2017

By: Rita Sanchez/sjm
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge