# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERELUX LTD., <br><br> Plaintiff, <br><br> vs. <br><br> YUE SHAO, an individual; DAVID PEARCE, an individual; JAMES EVANS, an individual; PABLO STAFFORINI, an individual; NAMECHEAP, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02909-CAS-KS <br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

Upon review of the complaint of plaintiff, CERELUX LTD., and the declarations, exhibits and memorandum of points and authorities in support of plaintiff's "*Ex Parte* Application for a Temporary Restraining Order and Order To Show Cause Why a Preliminary Injunction Should Not Issue" against only Defendants YUE SHAO, DAVID PEARCE, JAMES EVANS, PABLO STAFFORINI and Does 1 through 10, inclusive, it appears to the satisfaction of

the court that this is a proper case for granting the temporary restraining order and order to show cause.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's *ex parte* application for a temporary restraining order is granted. Pending the hearing and determination of the order to show cause, the above-named Defendants; their officers, directors, employees, agents, subsidiaries, distributors and all persons in active concert or participation them having notice of this Order; and those with actual notice of this Order, including any domain name registrars, domain name registries or their administrators, are ordered to take the following steps to preserve the *status quo ante* and prevent further irreparable injury to plaintiff and its customers:

1. The above-named Defendants, GoDaddy, Inc., as the registrar of record for the domain name, <nootropics.com> (the "Domain Name"), or whomever is the registrar of record of the Domain Name at the time this Order is entered, are directed to immediately and no later than 12 hours after service on GoDaddy, via email at disputes@godaddy.com, a copy of this Order, the complaint and all moving papers:
    a. record, change, transfer or assist in changing the registration of record for the Domain Name in Plaintiff's name and into an account with GoDaddy, under Plaintiff's sole control, or a domain-name registrar of Plaintiff's choosing;
    b. change, transfer, point or assist in pointing the DNS servers for the Domain Name to a server or servers of Plaintiff's choosing;
    c. change, transfer, point or assist in pointing the MX or email servers for the Domain Name to a MX server or servers of Plaintiff's choosing; and
    d. place a legal lock on the Domain Name after said transfer(s) take place.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that pending resolution of this lawsuit or |
| 2 | further order of the court, plaintiff, after receiving the Domain Name from the |
| 3 | above-named Defendants, shall not transfer or dispose of said Domain Name. |
| 4 | Plaintiff shall not use the Domain Name in any ways, including but not limited to |
| 5 | the entirety of its prior use of the Domain Name, until such time as the matter |
| 6 | comes before the Court for hearing on the Order to Show Cause why a preliminary |
| 7 | injunction should not issue. |
| 8 | IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(c), plaintiff |
| 9 | shall be required to give security in the amount of one thousand dollars ($1,000). |
| 10 | IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 4(f)(3), |
| 11 | sufficient cause being shown therefore, counsel for Plaintiff shall serve a copy of |
| 12 | this Order, the complaint, and all papers filed in support of this Order on Defendant |
| 13 | Yue Shao by email at yueshao@vfemail.net and m2xy9nqf@sigaint.org and by mail |
| 14 | at 7 Lower Rock Gardens, Brighton, East Sussex, BN2 1PG; Defendant David |
| 15 | Pearce by email at dave@knightsbridge.net and dave@hedweb.com and by mail at 7 |
| 16 | Lower Rock Gardens, Brighton, East Sussex, BN2 1PG; Defendant James Evans at |
| 17 | james@jamesevans.is and james@hedweb.com; and Defendant Pablo Stafforini at |
| 18 | pablo.stafforini@gmail.com, on or before April 24, 2017, which service shall be |
| 19 | deemed good and sufficient. |
| 20 | IT IS FURTHER ORDERED that plaintiff shall personally serve a copy of |
| 21 | this Order, the complaint, and all papers filed in support of this Order on defendant |
| 22 | Namecheap, Inc. on or before April 24, 2017. |
| 23 | IT IS FURTHER ORDERED that plaintiff shall provide notice of this Order |
| 24 | by serving a copy of this Order, the complaint, and all papers filed in support of this |
| 25 | Order on nonparty GoDaddy, Inc. via email at disputes@godaddy.com on or before |
| 26 | April 24, 2017. |
| 27 | IT IS FURTHER ORDERED that Defendants Yue Shao, David Pearce, |
| 28 | James Evans, Pablo Stafforini and Does 1 through 10, inclusive, shall have until |

April 27, 2017 to file and serve their opposition papers, if any.

IT IS FURTHER ORDERED that Defendants Yue Shao, David Pearce, James Evans, Pablo Stafforini and Does 1 through 10, inclusive, shall appear either in person or by telephone in Courtroom 5A, at the Courthouse for the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, on **May 2, 2017 at 10:00 a.m.**, to show cause why the interim relief awarded in this Order should not be extended by issuance of a similarly worded preliminary injunction pending trial.

**IT IS SO ORDERED.**

DATED: April 21, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE