BRETT E. LEWIS (*pro hac vice* application pending)
JUSTIN MERCER (*pro hac vice* application pending)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: (718) 243-9323
Facsimile: (718) 243-9326
Email: brett@iLawco.com
Email: justin@iLawco.com

Dylan Ruga (SBN 235969)
Ji-In Lee Houck (SBN 280088)
STALWART LAW GROUP
1100 Glendon Ave., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 954-2000
Email: dylan@stalwartlaw.com
Email: jiin@stalwartlaw.com

Attorneys for Plaintiff
CERELUX LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CERELUX LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>YUE SHAO, an individual; DAVID PEARCE, an individual; JAMES EVANS, an individual; PABLO STAFFORINI, an individual; NAMECHEAP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02909 MWF (KSx)<br><br>**NOTICE OF LODGING PROPOSED ORDERS** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-4.4.1 and the Court's order (Dkt. 14), Plaintiff hereby lodges proposed orders for the Applications to Appear Pro Hac Vice for Brett Lewis (Dkt. 11) and Justin Mercer (Dkt. 12).

Dated: April 21, 2017

Respectfully submitted,

STALWART LAW GROUP

/s/ Ji-In Lee Houck
Ji-In Lee Houck

LEWIS & LIN, LLC
Brett E. Lewis
Justin Mercer

*Attorneys for Plaintiff Cerelux Ltd.*