FILED
CLERK, U.S. DISTRICT COURT
4/24/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CERELUX LTD.

Plaintiff(s)

v.

YUE SHAO, an individual, et al.

Defendant(s).

CASE NUMBER

2:17-cv-02909-MWF (KSx)

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mercer, Justin H. R.
*Applicant's Name (Last Name, First Name & Middle Initial*
(718) 243-9323 — *Telephone Number*
(718) 243-9326 — *Fax Number*
justin@ilawco.com — *E-Mail Address*

of

Lewis & Lin LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

CERELUX LTD.

*Name(s) of Party(ies) Represent* ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Houck, Ji-In L.
*Designee's Name (Last Name, First Name & Middle Initial*
280088 — *Designee's Cal. Bar No.*
(310) 954-2000 — *Telephone Number*
*Fax Number*
jiin@stalwartlaw.com — *E-Mail Address*

of

Stalwart Law Group
1100 Glendon Ave.., 17th Floor
Los Angeles, California 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** April 24, 2017

[signature]
**U.S. District Judge**